UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                       CASE NO. 6:22-cr-59-WWB-DCI

PATRICK SILFRAIN
KEVIN JEAN-GILLES
JEAN KESNOR CHOISIL

### NOTICE OF MAXIMUM PENALTIES

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, stating as follows:

### MAXIMUM PENALTIES

The penalties for the offense of conspiracy to possess with intent to distribute controlled substances charged in Count One of the Indictment as to Patrick Silfrain, Kevin Jean-Gilles, and Jean Kesnor Choisil, a minimum mandatory of not less than 10 years and up to life imprisonment, not more than 5 years of supervised release, a

fine of 10,000,000 and a $100 special assessment.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney


By:   */s/ Ranganath Manthripragada*
Ranganath Manthripragada
Assistant United States Attorney
USA No. 199
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: Ranganath.Manthripragada@usdoj.gov

**U.S. v. Patrick Silfrain et al.**                **Case No. 6:22-cr-59-WWB-DCI**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Karla M. Reyes, Counsel for Silfrain
> H. Kyle Fletcher, Counsel for Choisil
> Michael W. Nielsen, Counsel for Jean-Gilles

> */s/ Ranganath Manthripragada*
> Ranganath Manthripragada
> Assistant United States Attorney
> USA No. 199
> 400 W. Washington Street, Suite 3100
> Orlando, Florida 32801
> Telephone:   (407) 648-7500
> Facsimile:    (407) 648-7643
> E-mail: Ranganath.Manthripragada@usdoj.gov